JOHN F. INGANAMORT, ET AL., T/A MEDITERRANEAN TOWERS (NORTH) v. BOROUGH OF FORT LEE/JOHN F. INGANA-MORT, ET AL., T/A MEDITERRANEAN TOWERS (SOUTH) v. BOROUGH OF FORT LEE.

September 5, 1985.

Petition for certification denied.

VINCENT FENNECK v. NEW JERSEY STATE PAROLE BOARD.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MICHAEL ROTH.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY MCGEE.

September 5, 1985.

Petition for certification denied.